**Order entered November 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00198-CR

**EDWARD FRANKLIN MANN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17-10731-86-F**

## ORDER

The twelve-volume reporter's record was filed July 15, 2019. On November 12, 2019, court reporter Elizabeth Woods filed an amended volume 9 along with a letter explaining the need for the amended volume. We **STRIKE** volume 9 of the July 15, 2019 reporter's record and **ORDER** the November 12, 2019 amended volume 9 filed in its place.

/s/     LANA MYERS
        JUSTICE